


### (888) 988-6815
12:59 PM, Today

Hello, this is Cordoba Legal Group giving you a call to let you know that your most recent payment has come back unpaid. It is very important that we speak to you as soon as possible to correct this issue and get you back on track to becoming debt free. Please give us a call back at 8889886815. Thank you.

0:00



   



**(888) 988-6815**
1:55 PM, Today

Hello, this is Cordoba Legal Group giving you a call to let you know that your most recent payment has come back unpaid. It is very important that we speak to you as soon as possible to correct this issue and get you back on track to becoming debt free. Please give us a call back at 8889886815. Thank you.

0:26



   



### (888) 988-6815
9:35 AM, Today

Hello, this is Cordoba Legal Group giving you a call to let you know that your most recent payment has come back unpaid. It is very important that we speak to you as soon as possible to correct this issue and get you back on track to becoming debt free. Please give us a call back at 8889886815. Thank you.

0:26



  



**(888) 988-6815**
3:35 PM, Today

Hello, this is Cordoba Legal Group giving you a call to let you know that your most recent payment has come back unpaid. It is very important that we speak to you as soon as possible to correct this issue and get you back on track to becoming debt free. Please give us a call back at 8889886815. Thank you.





(888) 988-6815

9:45 AM, Today

Hello, this is Cordoba Legal Group giving you a call to let you know that your most recent payment has come back unpaid. It is very important that we speak to you as soon as possible to correct this issue and get you back on track to becoming debt free. Please give us a call back at 8889886815. Thank you.

0:00





### (888) 988-6815
4:33 PM, Today

Hello, this is Cordoba Legal Group giving you a call to let you know that your most recent payment has come back unpaid. It is very important that we speak to you as soon as possible to correct this issue and get you back on track to becoming debt free. Please give us a call back at 8889886815. Thank you.





(888) 988-6815
10:17 AM, Yesterday

Hello, this is Cordoba Legal Group giving you a call to let you know that your most recent payment has come back unpaid. It is very important that we speak to you as soon as possible to correct this issue and get you back on track to becoming debt free. Please give us a call back at 8889886815. Thank you.

0:26

   



### (888) 988-6815
4:17 PM, Yesterday

Hello, this is Cordoba Legal Group giving you a call to let you know that your most recent payment has come back unpaid. It is very important that we speak to you as soon as possible to correct this issue and get you back on track to becoming debt-free. Please give us a call back at 8889886815. Thank you.

0:26



   



### (888) 988-6815
10:07 AM, Today

Hello, this is Cordoba Legal Group giving you a call to let you know that your most recent payment has come back unpaid. It is very important that we speak to you as soon as possible to correct this issue and get you back on track to becoming debt free. Please give us a call back at 8889886815. Thank you.

0:26





(888) 988-6815
4:24 PM, Today

Hello, this is Cordoba Legal Group giving you a call to let you know that your most recent payment has come back unpaid. It is very important that we speak to you as soon as possible to correct this issue and get you back on track to becoming debt free. Please give us a call back at 8889886815. Thank you.


Case 24-80133-CRJ   Doc 1-2   Filed 10/21/24   Entered 10/21/24 16:46:37   Desc Exhibit Exhibit 2 - Cordoba Voicemail Messages   Page 10 of 11



**(888) 988-6815**
1:47 PM, Today

Hello, this is Cordoba Legal Group giving you a call to let you know that your most recent payment has come back unpaid. It is very important that we speak to you as soon as possible to correct this issue and get you back on track to becoming debt free. Please give us a call back at 8889886815. Thank you.

0:26